1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DEXTER BROWN,                          No.  2:18-cv-2141-KJM-EFB P

12                  Plaintiff,

13          v.                              ORDER

14   EDMUND G. BROWN, Jr., et al.,

15                  Defendants.

16

17          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18   under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge as provided

19   by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On October 11, 2018, the magistrate judge filed findings and recommendations, which

21   were served on plaintiff and which contained notice to plaintiff that any objections to the findings

22   and recommendations were to be filed within fourteen days.  Plaintiff has filed objections to the

23   findings and recommendations.

24          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

25   court has conducted a *de novo* review of this case.  Having reviewed the file, the court finds the

26   findings and recommendations to be supported by the record and by proper analysis.

27          The magistrate judge found that plaintiff is a three-strikes litigant for purposes of 28

28   U.S.C. § 1915(g) and that his complaint fails to demonstrate he is under imminent danger of

                                             1

serious physical injury. Although plaintiff asserted in his complaint that he faced "[i]mminent threat to life and limb due to circumstances giving rise to this complaint," the complaint concerned plaintiff's access to mail and right to free speech. *See* ECF No. 1 at 2–3. The complaint also alleged that plaintiff had "suffered repeated acts of attempted murder," but did not include any specific allegations that plaintiff was in any imminent danger of serious physical injury at the time he filed the complaint. *Id.* at 19. *Compare Brown v. United States*, No. 2:18-cv-1719-MCE-CKD (E.D. Cal. Jul. 31, 2018), *with* ECF Nos. 1 & 5 (finding plaintiff's similarly vague allegations of "attempted murder" insufficient to demonstrate imminent danger of serious physical injury).

Plaintiff's most concrete allegations of imminent harm were presented by way of an attachment to his complaint. *See* ECF No. 1 at 18–19 ("statement of why in forma pauperis status should be granted," previously filed in *Brown v. California*, Case No. 17-175727 (9th Cir. May 3, 2018), ECF No. 10). There, plaintiff alleged that as recently as April 2018, he had been the victim of "attempted murder" because he was being "deliberately poisoned," putting him at risk of a "heart attack and/or death" caused by "potassium toxicity." ECF No. 1 at 19; *see also id.* (alleging medical records would reflect he had "suffered many such poisonings in recent months"). The Ninth Circuit Court of Appeals previously has found, however, these allegations—which plaintiff has a lengthy history of making[1]—were not sufficient to show imminent danger of serious physical injury. *See Brown v. California*, Case No. 17-175727 (9th Cir. Jul. 19, 2018), ECF No. 13 (denying plaintiff's motion for leave to proceed in forma pauperis on appeal). Plaintiff's ongoing similar complaints, as presented in the objections and amended complaints filed in this action (*see* ECF Nos. 6, 7, 8), do not warrant a different outcome.

/////

---

[1] Court records reflect that plaintiff has been alleging that prison officials have been attempting to kill him since as early as 2011. *See Brown v. Brown*, No. 2:11-cv-3053-KJM-KJN (E.D. Cal.), ECF No. 1 (Nov. 17, 2011 complaint). Courts have rejected these repeated allegations from plaintiff as "frivolous," "delusional," "far-fetched," and "fantastical." *See Brown v. Mueller*, No. 2:12-cv-2321-KJM-DAD (E.D. Cal.), ECF Nos. 33 & 39; *Brown v. Feinstein*, No. 18-cv-0670-TLN-CKD (E.D. Cal.), ECF No. 7 at 4. Nothing before the court now leads to a different conclusion.

2

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 11, 2018, are adopted in full;

2. Plaintiff's application to proceed in forma pauperis (ECF No. 4) is denied; and

3. Plaintiff is ordered to pay the $400 filing fee within fourteen days from the date of this order and is admonished that failure to do so will result in the dismissal of this action.

DATED: March 11, 2019.

_____
UNITED STATES DISTRICT JUDGE