UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEXTER BROWN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EDMUND G. BROWN, Jr., et al.,<br><br>　　　　　Defendants. | No. 2:18-cv-2141-KJM-EFB P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 12, 2019, the court denied plaintiff's application to proceed in forma pauperis because plaintiff is a three-strikes litigant within the meaning of 28 U.S.C. § 1915(g) and granted plaintiff fourteen days within which to pay the $400 filing fee for this action. ECF No. 10. Plaintiff was warned that failure to pay the filing fee within fourteen days would result in dismissal of this action. *Id.* Despite an extension of time, plaintiff has not paid the filing fee. ECF No. 12. Instead, plaintiff has filed a fourth amended complaint and a fifth amended complaint. ECF No. 14 & 15. He has also filed a motion for reconsideration arguing that he falls within the "imminent danger" exception to the "three-strikes" rule set forth in § 1915(g). ECF

1

Nos. 13.  Plaintiff previously raised this argument when he objected to the magistrate judge's October 11, 2018 findings and recommendations, which recommended that plaintiff's application for leave to proceed in forma pauperis be denied under § 1915(g), and which were adopted by the court on March 12, 2019.  ECF Nos. 5, 7, 10.

"Reconsideration is appropriate if the district court (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law." *School Dist. No. 1J v. AC and S, Inc.,* 5 F.3d 1255, 1263 (9th Cir. 1993).  Further, Local Rule 230(j) requires that a motion for reconsideration state "what new or different facts or circumstances are claimed to exist which did not exist or were not shown upon such prior motion, or what other grounds exist for the motion," and "why the facts or circumstances were not shown at the time of the prior motion."  E.D. Cal., Local Rule 230(j)(3)-(4).

Plaintiff's motion for reconsideration fails to satisfy these standards. The court previously explained why his allegations were not sufficient to show imminent danger of serious physical injury.  *See* ECF No. 10 at 2.  And as stated therein, "[p]laintiff's ongoing similar complaints, as presented in . . . amended complaints filed in this action . . . do not warrant a different outcome." *Id.*

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for reconsideration (ECF No. 13) is denied and this action is dismissed.

DATED:  July 23, 2019.

_____
UNITED STATES DISTRICT JUDGE